■ In the Matter of ISIDORE GINSBERG, an Attorney.—Motion granted and respondent reinstated as an attorney and counselor at law of the State

of New York. Cross motion denied. Concur—Lupiano, J. P., Evans, Silverman, Fein and Lane, JJ.